AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of <u>South Carolina</u>

| | | |
|---|---|---|
| <u>United States of America,</u> | ) | Criminal Action No.  0:18-746-TLW |
| *Government/Respondent* | ) | Civil Action No.        0:20-1721-TLW |
| | ) | |
| <u>Darrell Henry Adam,</u> | ) | |
| *Defendant/Petitioner* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

■  other:   **IT IS ORDERED AND ADJUDGED** that petitioner, Darrell Henry Adam, shall take nothing on the
petition filed pursuant to 28 USC § 2255 and this action is dismissed with prejudice.


This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.


■ This action came before the Court on the record, Honorable Terry L. Wooten, Senior United States District Judge,
presiding. The court having granted the Respondent's motion for summary judgment.


Date: _____<u>August 31, 2021</u>_____          *CLERK OF COURT*

                                   <u>s/Karen Boston</u>

                             *Signature of Clerk or Deputy Clerk*